IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNTHIA PAULS,<br>Plaintiff,<br><br>VS.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and PRUCO<br>LIFE INSURANCE COMPANY,<br>Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 3:16-cv-02116-M<br>§<br>§<br>§<br>§<br>§ |

### AGREED ORDER OF DISMISSAL

Pending before the Court is an Agreed Motion to Dismiss with Prejudice wherein the parties move this Court for an Order dismissing this action with prejudice, each party to bear their own costs.

IT IS, THEREFORE, ORDERED that this matter is dismissed with prejudice for all purposes, and each party will bear their own attorneys' fees and costs.

Dated: May 22, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

AGREED:

_____
Michael E. Heygood
ATTORNEY FOR PLAINTIFF

_____
Julia W. Mann
ATTORNEY FOR DEFENDANTS

18278930v.1